IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID T. HAEUSSLER | : | CIVIL ACTION |
| v. | : | NO. 25-491 |
| MICHAEL GRASSO and CHRISTIN SIMCOX | : | |

## ORDER

AND NOW, this 25th day of February 2025, upon screening Plaintiff's pro se Complaint (ECF 7) challenging decisions made by judges in response to Plaintiff's decision to not pay court ordered child support payments, consistent with Congress's screening mandate after granting Plaintiff leave to proceed without paying the filing fees (ECF 5), and for reasons in today's accompanying memorandum, it is **ORDERED** the Complaint (ECF 7) is **DISMISSED**:

1. **With prejudice** as to all claims against the Child Support Agencies, Judges Bowman and Johnson, and Sheriffs Harran and Bilal requiring we **amend** the caption as above; and,

2. **Without prejudice** as to claims against Attorneys Grasso and Simcox if Plaintiff can plead facts consistent with Rule 11 allowing us to plausibly infer the private lawyers representing the mothers of his children seeking to enforce child support orders can be liable under the civil rights laws in an amended Complaint timely filed by no later than **March 18, 2025** or we may direct the Clerk of Court to then close the case.

KEARNEY, J.